Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 21−17677−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Angelo Frushon<br>33 Carmen Street<br>Hazlet Twp, NJ 07734 | Lorraine A. Frushon<br>33 Carmen Street<br>Hazlet Twp, NJ 07734 |

Social Security No.:

| | |
|---|---|
| xxx−xx−3488 | xxx−xx−3217 |

Employer's Tax I.D. No.:

---

**NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE**

TO: Angelo Frushon and Lorraine A. Frushon
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 6, 2026
JAN: mmf

Jeanne Naughton, Clerk